IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ERIN GONGWER, | ) | CASE NO. 2:22-cv-02146 |
| | ) | |
| Plaintiff, | ) | JUDGE EDMUND A. SARGUS, JR. |
| | ) | |
| vs. | ) | **STIPULATED NOTICE OF DISMISSAL WITH** |
| | ) | **PREJUDICE** |
| MIRROR SHOW MANAGEMENT, INC., | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff Erin Gongwer and Defendant Mirror Show Management, Inc., by and through their undersigned counsel, hereby agree and stipulate, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that this entire action, including all claims in Plaintiff's Complaint against Defendant, is hereby dismissed with prejudice as to future action, with the parties to bear their own respective costs, expenses, and attorneys' fees.

Respectfully submitted,

/s/ David A. Young
David A. Young (0065551)
THE LAW FIRM OF DAVID A. YOUNG, LLC
The Hoyt Block Building
700 W. St. Clair Avenue, Ste. 316
Cleveland, OH 44113
Telephone: (216) 621-5100
Facsimile: (216) 621-7810
dyoung@davidyounglaw.ocm

*Counsel for Plaintiff*

/s/ Robert E. Dezort
Robert E. Dezort (0059688)
FISHER & PHILLIPS LLP
200 Public Square, Suite 4000
Cleveland, OH 44114
Telephone: (440) 838-8800
Facsimile: (440) 838-8805
rdezort@fisherphillips.com

*Counsel for Defendant*

FP 45616328.1

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing *Stipulated Notice of Dismissal with Prejudice* was filed electronically on the 1st day of December, 2022.  Notice of this filing will be sent to the Parties by operation of the Court's CM/ECF system.  Parties may access this filing through the Court's system.

                                                   /s/ *Robert E. Dezort*
                                                   Robert E. Dezort

FP 45616328.1